# United States District Court
# Central District of California

| | |
|---|---|
| ALAN SHIELDS,<br><br>                    Plaintiff,<br><br>         v.<br><br>NAVIENT SOLUTIONS, INC.<br><br>                    Defendant. | Case No. 5:16-cv-0728-ODW(AS)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 19), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than April 10, 2017**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 27, 2017

_____
                **OTIS D. WRIGHT, II**
      **UNITED STATES DISTRICT JUDGE**